ROBERT P. KUTZ, ESQ.
LAW OFFICE OF ROBERT P. KUTZ
PO Box 7310, Agat, GU 96915
Tel.: (671) 789-2500
Fax: (671) 789-2503
Email: rpklaw@ite.net

FILED
DISTRICT COURT OF GUAM
DEC 12 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC,<br>a Guam limited liability company,<br>JAE SEUNG PARK, an individual,<br>CENTRAL MILLS SUPPLY, LTD.,<br>a Korean Corporation, MICHAEL LEE,<br>an individual dba Global Realty,<br><br>Plaintiffs,<br><br>vs.<br><br>BTC97SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest,<br><br>Defendants. | CIVIL CASE NO. 03-00043<br><br>AFFIDAVIT OF SERVICE. |

I, **Robert P. Kutz,** hereby certify that on December 12, 2003, I caused to be served the following:

**SUMMONS and COMPLAINT FOR SPECIFIC PERFORMANCE; DAMAGES; IMPOSITION OF CONSTRUCTIVE TRUST.**

to:

**VIA HAND-DELIVERY**
SLATER, NAKAMURA & CO., LLP
790 South Marine Drive, Suite B
Tamuning, GU 96913

ORIGINAL

**VIA US MAIL**
BTC 97 SP
Deutsche Bank
DB Real Estate
1251 Avenue of the Americas, 9th Floor
New York, NY 10020

Date: <u>December 12, 2003</u>                              _____
                                                              ROBERT P. KUTZ

ROBERT P. KUTZ, ESQ.
LAW OFFICE OF ROBERT P. KUTZ
PO Box 7310, Agat, GU 96915
Tel.: (671) 789-2500
Fax: (671) 789-2503
Email: rpklaw@ite.net

**FILED**
DISTRICT COURT OF GUAM
DEC 12 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean Corporation, MICHAEL LEE, an individual dba Global Realty, <br><br>Plaintiffs, <br><br>vs. <br><br>BTC 97 SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest, <br><br>Defendants. | CIVIL CASE NO. 03-00043 <br><br>SUMMONS |

TO THE ABOVE NAMED DEFENDANT BTC 97 SP BY ITS REGISTERED AGENT SLATER, NAKAMURA & CO., LLP:

You are hereby summoned and required to serve upon the Law Office of Robert P. Kutz, P.O. Box 7310, Agat, Guam 96915, an answer to the Complaint which is herewith served upon you, within *twenty (20) days* after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the accompanying Complaint.

Date: DEC 12 2003, 2003

Mary L. M. Moran
CLERK, DISTRICT COURT OF GUAM

BY: Walter M. Tenorio
Deputy Clerk