DUNCAN G. McCULLY, ESQ.
McCULLY & BEGGS, P.C.
Suite 200, 139 Murray Blvd.
Hagatna, Guam 96910
Tel: 671-477-7418
Fax: 671-472-1201
e-mail: mblaw@kuentos.guam.net
Attorneys for Defendant
BTC 97 SP, LLC

FILED
DISTRICT COURT OF GUAM
JAN 15 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean Corporation, MICHAEL LEE, an individual dba Global Realty,<br><br>Plaintiffs/Counter Defendants,<br><br>v.<br><br>BTC 97 SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest,<br><br>Defendants/Counter Plaintiffs. | CIVIL CASE NO. 03-00043<br><br>**SUMMONS** |

TO THE ABOVE NAMED PLAINTIFFS/COUNTER DEFENDANTS:
**MICHAEL LEE dba GLOBAL REALTY**

You are hereby summoned and required to serve upon:

**ORIGINAL**

DUNCAN G. McCULLY, ESQ.
McCully & Beggs, P.C.
Suite 200, 139 Murray Boulevard
Agana, Guam 96910

an answer to the counterclaim which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the counterclaim.

**MARY L.M. MORAN**, Clerk,
District Court of Guam

Dated: JAN 07 2004    By: _____
                       Deputy Clerk

## RETURN OF SERVICE

Service of the Summons was made by ~~Mark A. Scroggs~~ ROBERT J. SCROGGS on this 4th day of January, 2004.

[✓] Serviced personally upon the Plaintiffs/Counter Defendants. Place where served ~~M&~~ #2014 LEE'S BLDG., RT. 16, HARMON, GUAM.

[ ] Returned unexecuted : _____.

[ ] Left copies thereof at the Plaintiffs/Counter Defendants dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with who the Summons were left: _____.

[ ]   Other (specify): _____.

## STATEMENT OF SERVICE FEES

Travel: _____

Services: _____

Total: _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01-14-04           By: _____

_____
Robert Scruggs
Address of Server

P.O. BOX 5156
HAGATNA, GU 96932

DMC/nsa:SUMMONS.ML.3676-9