ROBERT P. KUTZ, ESQ.
LAW OFFICE OF ROBERT P. KUTZ
PO Box 7310, Agat, GU 96915
Tel.: (671) 789-2500
Fax: (671) 789-2503
Email: rpklaw@guam.net

**FILED**
DISTRICT COURT OF GUAM
JAN 2 6 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean Corporation, MICHAEL LEE, an individual dba Global Realty, <br><br> Plaintiffs and Counter-defendants, <br><br> vs. <br><br> BTC97SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest, <br><br> Defendants and Counter-claimants. | CIVIL CASE NO. 03-00043 <br><br> CERTIFICATE OF SERVICE |

I, **ROBERT P. KUTZ**, hereby certify that on January 26, 2004, I caused to be served via U.S. District Court box:

**PLAINTIFF'S ANSWER TO COUNTERCLAIM**

to:

    Atty. Duncan McCully
    McCully & Beggs

Date: January 26, 2004

LAW OFFICE OF ROBERT P. KUTZ

BY: _____
ROBERT P. KUTZ

**ORIGINAL**