DUNCAN G. McCULLY, ESQ.
McCULLY & BEGGS, P.C.
Suite 200, 139 Murray Blvd.
Hagatna, Guam 96910
Tel: 671-477-7418
Fax: 671-472-1201
e-mail: mblaw@kuentos.guam.net

Attorneys for Defendant
BTC 97 SP, LLC



# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean corporation, MICHAEL LEE, an individual dba Global Realty, <br><br>Plaintiffs, <br><br>v. <br><br>BTC 97 SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest, <br><br>Defendants. | CIVIL CASE NO. 03-00043 <br><br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** |

COMES NOW the Defendant BTC 97 SP, LLC and moves the court for summary judgment dismissing the Plaintiff's complaint. In the alternative, the Defendant requests the dismissal of the Plaintiff's claim for specific performance and for a constructive trust. The Defendant requests an order voiding the Plaintiff's notice of lis pendens, which will allow it to

ORIGINAL

| | |
|---|---|
| 1 | complete a pending sale of its property to a third party. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | McCULLY & BEGGS, P.C. |
| 7 | Attorneys for the Defendant<br>BTC 97 SP, LLC |
| 8 | |
| 9 | By: _____<br>DUNCAN G. McCULLY |
| 10 | |
| 11 | Dated: 1/29/04 |