| | |
|---|---|
| DUNCAN G. McCULLY, ESQ.<br>McCULLY & BEGGS, P.C.<br>Suite 200, 139 Murray Blvd.<br>Hagatna, Guam 96910<br>Tel: 671-477-7418<br>Fax: 671-472-1201<br>e-mail: mblaw@kuentos.guam.net<br><br>Attorneys for Defendant<br>BTC 97 SP, LLC | <br><br> |

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean corporation, MICHAEL LEE, an individual dba Global Realty,<br><br>          Plaintiffs,<br><br>          v.<br><br>BTC 97 SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest,<br><br>          Defendants. | CIVIL CASE NO. 03-00043<br><br><br><br><br><br><br>**AGREEMENT OF HEARING DATE** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

    1.    I, Duncan G. McCully, am one of the attorneys for the Defendant BTC 97 SP, LLC in this matter. I contacted the opposing attorney for the Plaintiffs in this action to agree upon a date for oral argument of the Defendants' motion for summary judgment.

ORIGINAL

2. The attorney for the opposing party is Robert P. Kutz, Esq.

3. We agreed that the oral argument of the Defendant's motion for summary judgment would be February 27, 2004 at 10:00 o'clock a.m.

4. On January 28, 2004, I spoke with one of the deputy clerk's of the District Court and she informed that February 27, 2004 was a date available for the hearing of the Defendants' motion.

McCULLY & BEGGS, P.C
Attorneys for Defendant
BTC 97 SP, LLC, the party
requesting oral argument

By: _____
DUNCAN G. McCULLY

Dated: 1/29/04