**DUNCAN G. McCULLY, ESQ.**
**McCULLY & BEGGS, P.C.**
Suite 200, 139 Murray Blvd.
Hagatna, Guam 96910
Tel: 671-477-7418
Fax: 671-472-1201
e-mail: mblaw@kuentos.guam.net

Attorneys for Defendant
BTC 97 SP, LLC

FILED
DISTRICT COURT OF GUAM

FEB 06 2004

MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean corporation, MICHAEL LEE, an individual dba Global Realty, | CIVIL CASE NO. 03-00043 |
| Plaintiffs, | **DECLARATION OF DUNCAN G. McCULLY RE: SUPPLEMENTAL DECLARATION OF BRUCE P. MORRISON RE: SUMMARY JUDGMENT** |
| v. | |
| BTC 97 SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest, | |
| Defendants. | |

I, Duncan G. McCully, Esq. declare and state as follows:

1.  All matters stated herein are based upon personal knowledge and belief and I am so competent to testify if called upon to do so.

Page 1 of 2

**ORIGINAL**

1
2.      I am one of the attorneys for the Defendant in the above-entitled matter.

2

3.      Attached to this Declaration is a telefaxed copy of a Supplemental
3
Declaration of Bruce P. Morrison in Support of Defendant's Motion for Summary Judgment.
4

5
4.      Mr. Morrison informed me that he had signed the Declaration, that it
6
was true and accurate and that he had forwarded the original by DHL Courier. When the
7
original is received, I will cause it to be filed with the court.

8

9

10
Sworn to under the laws of Guam and the United States proscribing a penalty
11
for perjury.

12

13

14

15

16
DUNCAN G. McCULLY
17

18
Dated:    2/5/04
19

20

21

22

23

24

25

26

27

28

Page 2 of 2

1

2  **DUNCAN G. McCULLY, ESQ.**
   **McCULLY & BEGGS, P.C.**
3  Suite 200, 139 Murray Blvd.
   Hagatna, Guam 96910
4  Tel: 671-477-7418
   Fax: 671-472-1201
5  e-mail: mblaw@kuentos.guam.net

6  Attorneys for Defendant
   BTC 97 SP, LLC
7

8

9

10

11                  **IN THE DISTRICT COURT OF GUAM**

12                         **TERRITORY OF GUAM**

13

14  GUAM TUMON COMPANY, LLC,                    CIVIL CASE NO. 03-00043
15  a Guam limited liability company, JAE SEUNG
    PARK, an individual, CENTRAL
16  MILLS SUPPLY, LTD., a Korean corporation,
    MICHAEL LEE, an individual dba Global Realty,
17                                               **SUPPLEMENTAL DECLARATION**
                                                 **OF BRUCE P. MORRISON**
              Plaintiffs,                        **IN SUPPORT OF DEFENDANT'S**
18                                               **MOTION FOR SUMMARY**
         v.                                      **JUDGMENT**
19
    BTC 97 SP, LLC, a Delaware limited liability
20  company, DOES 1-10, real parties in interest,

21              Defendants.

22

23

24      I, Bruce P. Morrison declare and state as follows:

25      1.    With this declaration I wish to clarify the timing and extent of my negotiations

26  with the third party buyer with whom BTC 97 SP, LLC entered into a binding agreement of

27  sale on December 12, 2003.

28

2. All matters stated herein are based upon personal knowledge and belief and I am so competent to testify if called upon to do so.

3. On November 5, 2003, I received an offer to purchase the New Tumon Village Apartments (the "Property") from the prospective buyers (the "Second Group") with whom a contract of sale was eventually signed on December 12. The offer was for $3,250,000, and was raised on November 10 to $3,500,000. I did not accept the offer, or further attempt to negotiate with the Second Group. The Second Group did not submit another offer.

4. On November 20, 2004, one of the Second Group's principals called me to inquire about Defendant's response to their previous offer. I informed him that Seller was engaged in negotiations with another buyer, and was not in a position to negotiate with them. In fact, Seller did not negotiate with them. Although I did not identify Mr. Park and Mr. Cho, they were the buyers I was referring to.

5. On either November 28 or December 1, 2004, one of the Second Group's principals called and asked if he could meet with me in New York on December 4, 2003. At that time I had seen Mr. Kutz's memorandum of November 28, 2003 (Exhibit 51) requiring the sale to be conditioned upon the approval of the Korean government and allowing the sale to close after December 31, 2003. Because those requirements were unacceptable, I was concerned that Seller might not be able to conclude a purchase agreement with Mr. Park and Mr. Cho. I therefore agreed to meet with the Second Group in New York on December 4, 2003.

6. We held a short meeting in the afternoon of December 4, 2003 at which time I provided the Second Group with a template of the draft purchase agreement, based on the draft we had provided to Mr. Kutz. The parties, the price and the amount of the

1   deposit had been redacted from the draft.

2       7.    I met with the Second Group again on December 5, 2003.  At that time, the

3   Second Group provided me with his final price and his commitment that he could close by

4
5   the end of calendar 2003.

6       8.    On December 8, 2003, the date on which Seller terminated negotiations with

7   Defendants, I directed Seller's attorney, Andrew Weiner to send to the Second Group a

8   first draft of an agreement of sale based on the template which had been provided to them

9   (which was in turn based on the draft provided to Mr. Kutz), but with the price offered to

10  me on December 5, and with a time of the essence obligation to close in December 2003.

11  On December 12, 2003, the buyer signed the purchase agreement without substantial

12
13  changes.

14      9.    The Second Group deposited 10% of the purchase price with Pacific American

15  Title & Escrow Company, which was acting as escrow agent for the sale, within a few

16  days of signing the agreement of sale. The Second Group deposited the balance of the

17  purchase price into an account on Guam before December 31, 2003.  Because of this

18  lawsuit, the Defendant and the Second Group were unable to close the purchase and sale

19  of the Property before December 31, 2003. The Defendant and the Second Group

20  amended the Agreement of Sale to extend the date for closing.  It is our expectation that

21
22  the sale will close as soon as this lawsuit is resolved or the lis pendens is released.

23
24
25  _____
26  **BRUCE P. MORRISON**

27  Dated: February 4, 2004
28  _____