ROBERT P. KUTZ, ESQ.
LAW OFFICE OF ROBERT P. KUTZ
PO Box 7310, Agat, GU 96915
Tel.: (671) 789-2500
Fax: (671) 789-2503
Email: rpklaw@guam.net

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean Corporation, MICHAEL LEE, an individual dba Global Realty, <br><br> Plaintiffs and Counter-defendants, <br><br> vs. <br><br> BTC97SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest, <br><br> Defendants and Counter-claimants. | CIVIL CASE NO. 03-00043 <br><br> NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; <br><br> [SPECIFIC PERFORMANCE OF REAL ESTATE CONTRACT; DISMISSAL OF COUNTERCLAIMS.] <br><br> ORAL ARGUMENT REQUESTED. |

TO: THE HONORABLE JOHN S. UNPINGCO, UNITED STATES DISTRICT COURT JUDGE; AND TO DEFENDANTS AND COUNTERCLAIM-CLAIMANTS AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Guam Tumon Company, LLC, Jae Seung Park, Central Mills Supply, Ltd., and Michael Lee will bring on for hearing a Motion for Summary Judgment for specific performance of the real estate contract between Plaintiffs and Defendant, and to dismiss Defendant's counterclaims on April 2, 2004 at 10:00a.m. or as soon thereafter as the matter may be
FILED DISTRICT COURT OF GUAM FEB 13 2004 MARY L.M. MORAN CLERK OF COURT

ORIGINAL

| | |
|---|---|
| 1 | thereafter as the matter may be heard in the District Court of Guam pursuant to Federal Rules of Civil |
| 2 | Procedure, Rule 56. |
| 3 |     This motion is based upon this notice of motion and motion, the memorandum of points and |
| 4 | authorities filed herewith, the declarations of Jae S. Park and Kyu Young Cho filed herewith, all |
| 5 | pleadings and papers on file in this action, and upon such other evidence as may be presented prior to |
| 6 | or at the hearing of this motion. |

Date: February 13, 2004

LAW OFFICE OF ROBERT P. KUTZ

By: _____
ROBERT P. KUTZ