ROBERT P. KUTZ, ESQ.
LAW OFFICE OF ROBERT P. KUTZ
PO Box 7310, Agat, GU 96915
Tel.: (671) 789-2500
Fax: (671) 789-2503
Email: rpklaw@guam.net

DISTRICT FILED COURT OF GUAM
FEB 13 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean Corporation, MICHAEL LEE, an individual dba Global Realty,<br><br>Plaintiffs and Counter-defendants,<br><br>vs.<br><br>BTC97SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest,<br><br>Defendants and Counter-claimants. | CIVIL CASE NO. 03-00043<br><br>NOTICE OF NON-AGREEMENT<br><br>RE: HEARING DATE |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Robert P. Kutz, am the attorney for Plaintiffs in this matter. The attorney for the opposing party is Duncan G. McCully.

2. On January 29, 2004, Mr. McCully contacted me regarding a proposed hearing date for his own (Defendant's) motion for summary judgment in this case, and suggested a date of February 27, 2004. In that conversation, I pointed out to Mr. McCully that I intended to file my own cross-motion for summary judgment, and would agree to the February 27 date if it was possible to file and hear both motions by that time.

ORIGINAL

3. When it became apparent that I could not complete the preparation and supporting documentation required to file my own motion in time for Mr. McCully to effectively oppose it; since he was going off-island during the week of February 9-13, and still retain the joint hearing date of February 27, I contacted the District Court clerk and requested a later date. I was told that March 19, 2004 would be available to hear both motions, and so advised Mr. McCully. Mr. McCully initially agreed to hear both motions on March 19th, but later withdrew his agreement, restating his position that he wished to have his motion heard on the originally-scheduled February 27, 2004 hearing date. After contacting the DC clerk again, I called Mr. McCully and proposed a hearing date of April 2, 2004 to hear both motions jointly. In that conversation, Mr. McCully agreed to a hearing date of April 2nd for Plaintiffs' motion, but did not want to have the motions heard together at that time – he stated that he was unwilling to continue his own motion from February 27 to April 2, in order to permit such joint hearing.

4. Because Defendant's motion and Plaintiffs' cross-motion seek essentially the same relief in favor of the opposite party, and are based on the same declarations and exhibits, it is respectfully requested that oral argument for the motions be heard concurrently on April 2, 2004 or such other date as the Court may determine.

Date: February 13, 2004

LAW OFFICE OF ROBERT P. KUTZ

BY: _____
ROBERT P. KUTZ