ROBERT P. KUTZ, ESQ.
LAW OFFICE OF ROBERT P. KUTZ
PO Box 7310, Agat, GU 96915
Tel.: (671) 789-2500
Fax: (671) 789-2503
Email: rpklaw@guam.net



IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean Corporation, MICHAEL LEE, an individual dba Global Realty, <br><br>Plaintiffs and Counter-defendants, <br><br>vs. <br><br>BTC97SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest, <br><br>Defendants and Counter-claimants. | CIVIL CASE NO. 03-00043 <br><br>DECLARATION OF KYU YOUNG CHO IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT. |

COMES NOW the undersigned, Kyu Young Cho, and does hereby declare that, if called as a witness, I could and would competently testify as follows:

1.    I am a citizen and resident of the Republic of Korea, and am Chairman, CEO and controlling Shareholder of Plaintiff Central Mills Supply, Ltd., which company is also a Member of Plaintiff Guam Tumon Co., LLC. In addition to my shareholding in Plaintiff Central Mills Supply, I am also a participant in numerous other business ventures in Korea and elsewhere, as a result of which I have access to different sources of funds, both inside and outside Korea, which funds are in excess of US$4,000,000, exclusive of funds available to Plaintiff Central Mills Supply, Ltd.

2.    I have read the declaration of J.S. Park and agree entirely with the statements of fact he has

-1-

ORIGINAL

1 made, including those statements made on information and belief.

2     3. Without repeating Mr. Park's statements, I believe that he, in association with me and my controlled corporation, entered into a binding agreement to purchase the Tumon Village property, which agreement was set forth and complete as of the making of Mr. Park's statement of irrevocable commitment to purchase, by his letter of November 20, 2003, and by Bruce Morrison's subsequent actions in agreeing to release the property appraisal prior to close of escrow, as requested by Mr. Park in his letter of November 20, 2003.

    4. As of November 19, 2003, I was informed and believed that the simplest and most convenient way to utilize funds available to Central Mills Supply Co., Ltd., was to obtain a copy of the existing property appraisal, and provide that document to Korean banking officials, in order to secure release of funds available to Central Mills. Accordingly, I asked Mr. Park to request that Morrison provide the appraisal in advance of close of escrow, but had no intention to condition our original purchase and sale agreement upon approval of Korean government officials.

    5. Because transfer of funds from Korea for foreign direct investment is regulated, among documents required for direct investment in foreign real estate is a property appraisal. I am informed and believe, and thereon declare, that the existing appraisal controlled by Morrison was not the only document capable of satisfying the requirements; instead, another appraisal showing reasonable value for the property, prepared by a Guam-licensed real estate appraiser, would have been satisfactory for the purpose. Accordingly, had we known that Morrison would not release his appraisal unless Mr. Park and I agreed to all the new contract terms he was proposing, we would have and could have obtained another appraisal, such that we could satisfy our promise to pay the purchase price in full on or before December 31, 2003.

    6. As noted in Mr. Park's declaration, for business reasons, when Mr. Morrison requested new terms to be added to our contract, as set out in his 26-page draft, I agreed with Mr. Park that since Morrison

-2-

1 was asking for more things, we could also request additional time to clear the fund transfer with the Korean

2 government. Accordingly, Mr. Park and I instructed Atty. Kutz to make additional suggestions and

3 proposed terms which might have the effect of extending the purchase escrow beyond December 31, 2003.

4     7.    At no time did I understand or believe that our contract of sale and agreement to purchase

5 the property was contingent upon Korean government, unless all concerned agreed that this would be the

6 case. When Mr. Morrison refused to consider any new terms which might have the effect of extending the

7 escrow beyond December 31, 2003, Mr. Park and I affirmatively agreed to give up any claim or request for

8 such government approval, and were ready, willing and able to proceed with the original sale contract, and to

9 take whatever steps were necessary to be sure that sufficient funds were available to close the escrow on or

10 before December 31, 2003.

11     8.    I am informed and believe that, as part of his motion to dismiss our lawsuit, Morrison's

12 attorney has said that because the encroachment of a fence on the subject property was not shown on the title

13 reports, and that since Morrison was unwilling to move the fence, agreement about the title to the property

14 was never reached. To the extent that any objection to title could be made by myself or Plaintiff Central

15 Mills Supply, I expressly waive and release any defect of title arising out of the fence encroachment.

16 Likewise, on behalf of Central Mills Supply and myself, I expressly waive and release any other conditions

17 of sale of the property which may have been proposed by our attorney, Mr. Morrison's attorney, Mr. Park, or

18 anyone else which were intended to benefit the buyers, ████████████████████ *RPK*

19 ████████████████████████████████████████, except those conditions of sale

20 set out in the correspondence between Mr. Park, Atty. Kutz, and Mr. Morrison between November 4th and

21 *20TH (RK)*, 2003.

22

23     The foregoing declaration is made under penalty of perjury of the laws of Guam.

*REDACTED BY COUNSEL*
-3- *SEE DECL. R.P.KUTZ 2/13/04*

1 | Date: FEB. 10, 2004    By: _____/s/ Kyu Y. Cho_____
2 |                                   KYU YOUNG CHO
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

-4-