ROBERT P. KUTZ, ESQ.
LAW OFFICE OF ROBERT P. KUTZ
PO Box 7310, Agat, GU 96915
Tel.: (671) 789-2500
Fax: (671) 789-2503
Email: rpklaw@guam.net

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean Corporation, MICHAEL LEE, an individual dba Global Realty, <br><br>Plaintiffs and Counter-defendants, <br><br>vs. <br><br>BTC97SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest, <br><br>Defendants and Counter-claimants. | CIVIL CASE NO. 03-00043 <br><br>DECLARATION OF ROBERT P. KUTZ RE: SUPPORTING DECLARATION OF KYU Y. CHO. |

COMES NOW the undersigned, Robert P. Kutz, and does hereby declare that, if called as a witness, I could and would competently testify as follows:

1. I am the attorney for the Plaintiffs in this matter, and have assisted declarant CHO in the preparation of his declaration submitted in this case.

2. I declare that, owing to mistake and inadvertance, declarant CHO executed a declaration document which was not the final form of the declaration prepared by this office for his signature, but which document contained language which has been redacted by me, after informing CHO of the actions to be taken.

3. I did not realize that CHO had signed the incorrect draft document, since it was not received by me until today, Friday, February 13, 2004, on which date the Plaintiffs' opposition pleadings are due.

4. At the present time, declarant CHO in Korea, and is not immediately available to sign the corrected declaration, omitting the redacted language.

5. As soon as a corrected version may be executed by CHO, the corrected original document will be filed with the Court, in place of the document herewith submitted.

The foregoing declaration is made under penalty of perjury of the laws of Guam.

Date: February 13, 2004        By: _____
                                    ROBERT J. KUTZ