ROBERT P. KUTZ, ESQ.
LAW OFFICE OF ROBERT P. KUTZ
PO Box 7310, Agat, GU 96928
Tel.: (671) 789-2500
Fax: (671) 789-2503
Email: rpklaw@guam.net

FILED
DISTRICT COURT OF GUAM
FEB 1 3 2004
MARY L. M. MORAN
CLERK OF COURT

THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean Corporation, MICHAEL LEE, an individual dba Global Realty, <br><br>Plaintiffs and Counter-defendants, <br><br>vs. <br><br>BTC97SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest, <br><br>Defendants and Counter-claimants. | **CIVIL CASE NO. 03-00043** <br><br> **CERTIFICATE OF SERVICE** |

I, **ROBERT P. KUTZ**, hereby certify that on February 13, 2004 I caused to be served via personal service on the McCully & Beggs Law Office the following documents:

NOTICE OF NON-AGREEMENT OF HEARING DATE.

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT [SPECIFIC PERFORMANCE OF REAL ESTATE CONTRACT; DISMISSAL OF COUNTERCLAIMS.]

EX PARTE APPLICATION FOR PERMISSION TO FILE EXTENDED BRIEF.

OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.

ORIGINAL

PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.

DECLARATIONS OF JAE SEUNG PARK, KYU YOUNG CHO and ROBERT P. KUTZ.

ORDER GRANTING SUMMARY JUDGMENT (PROPOSED).

to:

Atty. Duncan McCully
McCully & Beggs
Suite 200, 139 Murray Blvd.
Hagatna, GU 96910

Date: February 13, 2004

LAW OFFICE OF ROBERT P. KUTZ

BY: _____
ROBERT P. KUTZ