ROBERT P. KUTZ, ESQ.
LAW OFFICE OF ROBERT P. KUTZ
PO Box 7310, Agat, GU 96915
Tel.: (671) 789-2500
Fax: (671) 789-2503
Email: rpklaw@guam.net

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean Corporation, MICHAEL LEE, an individual dba Global Realty, <br><br> Plaintiffs and Counter-defendants, <br><br> vs. <br><br> BTC97SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest, <br><br> Defendants and Counter-claimants. | CIVIL CASE NO. 03-00043 <br><br> DECLARATION OF ROBERT P. KUTZ <br><br> RE: MEMORANDUM OF POINTS AND AUTHORITIES; TABLE OF CONTENTS, TABLE OF AUTHORITIES. |

COMES NOW the undersigned, Robert P. Kutz, and does hereby declare that, if called as a witness, I could and would competently testify as follows:

1. The document entitled "Table of Contents" and "Table of Authorities" attached to this declaration was inadvertently omitted from Plaintiffs' memorandum of points and authorities in support of and opposition to motions for summary judgment filed in this Court on February 13, 2004.

2. The undersigned extends apologies to Court and counsel for the omission, and requests that these tables be attached to or otherwise included in Plaintiffs' memorandum.

The foregoing declaration is made under penalty of perjury of the laws of the United States.

Date: February 17, 2004    By: _____
ROBERT P. KUTZ

# TABLE OF CONTENTS

|   |   | Page(s) |
|---|---|---|
| I. | INTRODUCTION | 1 |
| II. | STATEMENT OF ISSUES | 3 |
| III. | FACTUAL SUMMARY | 4 |
|   | Bad Faith | 9 |
| IV. | MEMORANDUM OF LAW | 12 |
|   | Summary judgment is appropriate. | 12 |
|   | Specific Performance is an available remedy. | 12 |
|   | Necessity for Appraisal. | 15 |
|   | The Parties' intent to contract. | 16 |
|   | Execution of Formal Documents. | 18 |
|   | Attorney Admission. | 19 |
|   | "Material" v. "Essential" contract terms. | 20 |
|   | Mutuality. | 23 |
|   | Defect of Title. | 24 |
|   | Defendant's "revocation" argument. | 25 |
|   | Broker Lee's post-litigation email. | 25 |
| V. | SUMMARY | 26 |

# TABLE OF AUTHORITIES

**Federal Cases:**                                                                                                         **Pages:**

**9th Circuit**
Rentacom Corp. v. Micronesian Hospitality, Inc., et al., ...................................... 12
Civil Case No. CV 1648-97, (Decision Mar. 16, 1999 at 2) quoting
*T.W. Elec. Serv., Inc. v. Pacific Elec. Contractors Ass'n.*, 809 F.2d 626, 630
(9th Cir. 1987)

**2nd Circuit**
Shann, Peter v. John S. Dunk, 84 F.ed 73 (CA2 1996) ................................. 18, 21

**Supreme Court**
Matsushita Elec. Indus. Co. v. Zenith Radio Corp., .......................................... 12
475 U.S. 574, 587, 106 S. Ct. 1348 (1986).

Celotex v. Catrett, 477 U.S. 317, 325 (1986); Iizuka Corp. v. Kawasho International
(Guam), Inc., 1997 Guam 10 (January 28, 1997) ............................................. 12

**State Court**
Teachers Insurance and Annuity Association of America v. Tribune Company, ..... 16, 19
670 F.Supp. 491 (1987)

Schenectady Stove Co. v. Holbrook ............................................................. 21
101 N.Y. 45, 4 N.E. 4; Monahan v. Allen, 47 Mont. 75, 80, 130 P. 768

**Guam Court**
Takano-Towa Guam Co., Ltd., v. Mickey S. Cox ............................................. 16
1993 WL 128214 (D.Guam A.D.)

Takano-Towa Guam Co., Ltd., v. Mickey S. Cox, ............................................ 23
1993 WL 128214 (D.Guam A.D.) citing
Richards v. Oliver, 328 P.2d 544 (Cal.Dist.Ct.App.1958) (citations omitted)

**Treatises:**

71 Am Jur 2d, Specific Performance, §36 ...................................................... 18
citing D.H. Overmyer v. Brown, 439 F.2d 926 (10th Cir. 1971)

71 Am Jur 2d, §60 .................................................................................. 23
citing Duke v. Tobin, 198 Va. 758, 96 S.E.2d 758 (1957)

71 Am Jur 2d, Specific Performance, §61 ...................................................... 21

71 Am Jur 2d, Specific Performance, §133 .................................................... 12

71 Am Jur 2d, Specific Performance, §137
citing Hoffman v. George, 267 Mont. 292, 883 P.2d 826 (1994) ..........................11

71 Am Jur 2d, Specific Performance, §137 ..................................................24
citing Triplett v. Brevard Properties, 94 Fla. 869, 115 So. 534 (1927);
Roth v. Hartl, 365 Pa. 428, 75 A.2d 583 (1950);
Paul v. Stanolind Oil & Gas Co., 83 S.W.2d 808 (Tex. Civ. App. Beaumont 1935), writ refused.

71 Am Jur 2d, §169, 170 ..................................................................20

**Statutes:**

18 GCA Chapter 85, §85322 ................................................................25

20 GCA Chap. 3 §3220 .....................................................................13

20 GCA Chap. 3 §3221 ..................................................................13,23

20 GCA Chap. 3 §3222 .....................................................................13

20 GCA Chap. 3 §3223 .....................................................................13

20 GCA Chap. 3 §3225 ..................................................................13, 21

20 GCA Chap. 3 §3228 .....................................................................24