ROBERT P. KUTZ, ESQ.
LAW OFFICE OF ROBERT P. KUTZ
PO Box 7310, Agat, GU 96915
Tel.: (671) 789-2500
Fax: (671) 789-2503
Email: rpklaw@guam.net

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
FEB 17 2004
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean Corporation, MICHAEL LEE, an individual dba Global Realty, <br><br>Plaintiffs and Counter-defendants, <br><br>vs. <br><br>BTC97SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest, <br><br>Defendants and Counter-claimants. | CIVIL CASE NO. <u>03-00043</u> <br><br>**CERTIFICATE OF SERVICE** |

I, **ROBERT P. KUTZ**, hereby certify that on February 17, 2004, I caused to be served via U.S. District Court box:

**DECLARATION OF ROBERT P. KUTZ**
RE: MEMORANDUM OF POINTS AND AUTHORITIES;
TABLE OF CONTENTS, TABLE OF AUTHORITIES.

to:

Atty. Duncan McCully, McCully & Beggs

Date: <u>February 17, 2004</u>

LAW OFFICE OF ROBERT P. KUTZ

BY: _____
ROBERT P. KUTZ