DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, etc., et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BTC97SP, LLC, etc. et. al.,<br><br>Defendants. | Civil Case No. 03-00043<br><br><br>ORDER |

On February 13, 2004, the Plaintiff filed a notice of non-agreement. Therein counsel requests that the hearing on the Defendant's motion for summary judgment scheduled for February 27, 2004 be moved so that both the defendant's motion and the plaintiff's cross-motion for summary judgment could be heard together. The Court notes that the two motions essentially seek the same relief in favor of each of the respective parties. Accordingly, the Court agrees with counsel and finds that it makes more sense to hear the motions together. Therefore, the Court will reschedule the hearing on Defendant's motion to April 9, 2004, at 10:00 a.m. in order to hear the motions together.

Additionally, plaintiff's counsel filed an Ex Parte Application for Permission to File Extended Brief. Counsel seeks permission to file a brief in excess of twenty pages. To avoid

multiplicity of pleadings, counsel states that he would like to file a brief intended to serve as a memorandum of law both in opposition to Defendant's motion for summary judgment and in support of Plaintiff's cross-motion for summary judgment of specific performance and dismissal of Defendant's counterclaims. The Court finds that counsel has set forth a basis to extend the length of the brief. Therefore, counsel may file a brief not to exceed thirty-five pages. Counsel for the defendant may file a Reply/Opposition not to exceed twenty-five pages.

SO ORDERED this 19th day of February, 2004.

JOHN S. UNPINGCO
District Judge