**ROBERT P. KUTZ, ESQ.**
**LAW OFFICE OF ROBERT P. KUTZ**
PO Box 7310, Agat, GU 96915
Tel.: (671) 789-2500
Fax: (671) 789-2503
Email: rpklaw@guam.net

FILED
DISTRICT COURT OF GUAM

FEB 26 2004

MARY L. M. MORAN
CLERK OF COURT



IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

|  |  |
|---|---|
| GUAM TUMON COMPANY, LLC, <br> a Guam limited liability company, <br> JAE SEUNG PARK, an individual, <br> CENTRAL MILLS SUPPLY, LTD., <br> a Korean Corporation, MICHAEL LEE, <br> an individual dba Global Realty, <br><br> Plaintiffs and Counter-defendants, <br><br> vs. <br><br> BTC97SP, LLC, a Delaware limited liability <br> company, DOES 1-10, real parties in interest, <br><br> Defendants and Counter-claimants. | **CIVIL CASE NO. 03-00043** <br><br><br> **STIPULATION AND REQUEST FO** <br> **EXTENSION OF TIME TO FIL** <br> **SCHEDULING ORDERS AN** <br> **DISCOVERY PLANS AND** <br><br> **ORDER THEREON.** |

COME NOW, the undersigned, Robert P. Kutz, counsel for Plaintiffs herein, and Duncan ○

McCully, counsel for Defendant, to jointly request this Court for an extension of time to file t

proposed scheduling order and discovery plan, as required by FRCP 26 and LR 16.2. Pursuant to th

Court's order issued February 6, 2004, the parties proposed scheduling order and discovery plan are

be filed with this Court on or before February 25, 2004.

This request for extension of time to file the required order and plan is made in the interest

efficient and cost-conscious administration of justice, on the basis that each party to this action has fil

a motion for summary judgment in that party's favor, which motions are to be heard concurrently

**ORIGINAL**

April 23, 2004, and either of which, if granted, will either dispose entirely of the issues presented in the case, or substantially limit the scope of issues remaining to be resolved.

Counsel for the parties concur, and respectfully submit that the matter may proceed to summary judgment without conduct of formal discovery, with the exception of the disclosure requirements of FRCP 26, which disclosures have been made, or are in the process of being provided between the parties. Accordingly, should the Court rule in favor of either Plaintiffs or Defendant on their pending cross-motions, need for formal discovery may be eliminated entirely, or may be limited to issues and matters identified by the Court in the context of the summary judgment proceedings. Since parties to the case are located in New York, Guam, and the Republic of Korea, substantial savings may be realized if some or all witnesses may be excluded from the discovery process.

Finally, it is respectfully drawn to the Court's attention that certain persons or entities identified as DOE Defendants 1-10 have been designated in the action, but have not yet been joined as parties. Depending on the outcome of the summary judgment motions, such persons or entities may become necessary parties to the action, either by affirmative intervention, or by amendment to the Plaintiffs' complaint herein. It is submitted that framing of scheduling and discovery plans without regard for the needs and rights of these potential parties may result in confusion or unnecessary duplication or revision of proposed scheduling or discovery plans.

WHEREFORE, it is stipulated, agreed and respectfully requested that this Court issue its order permitting the parties to file the proposed scheduling order and discovery plan within forty-five days of the rendering of this Court's decision on the parties' motions for summary judgment, presently set for April 23, 2004.

The foregoing is respectfully submitted.

Date: February 25, 2004,                    LAW OFFICE OF ROBERT P. KUTZ

                                            BY: _____
                                                     ROBERT P. KUTZ

Date: 2/25 , 2004                           McCULLY & BEGGS, P.C.

                                            BY: _____
                                                     DUNCAN G. McCULLY

GOOD CAUSE APPEARING, it is so ordered.

Date: February 26 , 2004                    BY: _____
                                                JUDGE, DISTRICT COURT OF GUAM

RECEIVED

FEB 25 2004

DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-