McCULLY & BEGGS, P.C.
Suite 200, 139 Murray Blvd.
Hagatna, Guam 96910
Tel: 671-477-7418
Fax: 671-472-1201
e-mail: mblaw@kuentos.guam.net

Attorneys for Defendant
BTC 97 SP, LLC



IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean corporation, MICHAEL LEE, an individual dba Global Realty,<br><br>Plaintiffs,<br><br>v.<br><br>BTC 97 SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest,<br><br>Defendants. | CIVIL CASE NO. 03-00043<br><br><br><br>DECLARATION OF SERVICE |

**HAGATNA, GUAM**

I am employed in Hagatna, Guam. I am over the age of 18 and not a party to the within action; my business address is: Suite 200, 139 Murray Boulevard, Hagåtña, Guam, 96910.

ORIGINAL

On February 27, 2004, I caused the service of the foregoing document(s) described as:

1. STIPULATION TO CONTINUE HEARING DATE; ORDER

for BTC 97 SP, LLC on the interested parties as follows:

**SEE ATTACHED SERVICE LIST**

[x] **BY U.S. MAIL.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepared at Hagåtña, Guam in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE.** I caused the delivery of such document(s) by hand to the offices of the addressees.

[ ] **BY FACSIMILE.** I faxed such document to the addressee at the facsimile number listed for each addressee.

[x] **BY E-MAIL.** I e-mailed such document to the addressee at the e-mail address listed for each addressee on February 27, 2004.

I declare under penalty of perjury under the laws of the United States of America and Guam that the above is true and correct.

Dated: 2/27/04

By: *Neilisha C. San Agustin*
NEILISHA C. SAN AGUSTIN

# SERVICE LIST

GUAM TUMON COMPANY, LLC,
a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean corporation, MICHAEL LEE, an individual dba Global Realty,

v.

BTC 97 SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest,

**ROBERT P. KUTZ**
Attorney At Law
P.O. Box 7310
Agat, Guam 96928
Facsimile: 671-789-2503
e-mail: rpklaw@guam.net