| | |
|---|---|
| 1 | **McCULLY & BEGGS, P.C.** |
| 2 | Suite 200, 139 Murray Blvd. |
|   | Hagatna, Guam 96910 |
| 3 | Tel: 671-477-7418 |
|   | Fax: 671-472-1201 |
| 4 | e-mail: mblaw@kuentos.guam.net |
| 5 | Attorneys for Defendant |
| 6 | BTC 97 SP, LLC |



FILED
DISTRICT COURT OF GUAM
MAR - 1 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean corporation, MICHAEL LEE, an individual dba Global Realty, <br><br> Plaintiffs, <br><br> v. <br><br> BTC 97 SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest, <br><br> Defendants. | CIVIL CASE NO. 03-00043 <br><br> **STIPULATION TO CONTINUE HEARING DATE; ORDER** |

On February 20, 2004, the Court issued its order setting the Defendant's motion for summary judgment and the Plaintiff's cross motion for summary judgment hearing on April 9, 2004. Counsel for the Defendant, BTC 97 SP, LLC will be off-island on April 9, 2004 and the parties therefore agree that the hearing of their respective motions shall be on April 23, 2004 at 10:00 a.m.

| McCULLY & BEGGS, P.C. | LAW OFFICE OF ROBERT P. KUTZ |
| --- | --- |
| Attorneys for Defendant | Attorney for Plaintiffs |

By: /s/ DUNCAN G. McCULLY

By: /s/ ROBERT P. KUTZ

Dated: 2/26/04

Dated: 2.26.04

It is hereby **ORDERED** that the hearing of the Plaintiff and Defendant's motions for summary judgment shall be on April 23, 2004 at 10:30 a.m.

**IT IS SO ORDERED** on this 1st day of March 2004.

/s/ JOHN S. UNPINGCO
Judge, District Court of Guam

RECEIVED
FEB 27 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM