

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

GUAM TUMON COMPANY, LLC, et. al.,

    Plaintiffs,

vs.

BTC97SP, LLC, et. al.,

    Defendants.

Civil Case No. 03-00043

ORDER

On March 11, 2004, this matter is scheduled to come before this Court for a Scheduling Conference. However, on February 26, 2004, the Court agreed to extend the dates for the proposed scheduling order and discovery plans in light of the parties' respective summary judgment motions, which are to be heard on April 23, 2004. See Stipulation and Request For Extension of Time to File Scheduling Orders and Discovery Plans and Order Thereon; Docket NO. 36. Therefore, the Scheduling Conference presently scheduled is unnecessary and is HEREBY vacated.

SO ORDERED this 9th day of March, 2004.

_____
JOHN S. UNPINGCO
District Judge