DUNCAN G. McCULLY, ESQ.
McCULLY & BEGGS, P.C.
Suite 200, 139 Murray Blvd.
Hagatna, Guam 96910
Tel: 671-477-7418
Fax: 671-472-1201
e-mail: mblaw@kuentos.guam.net

Attorneys for Defendant
BTC 97 SP, LLC

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean corporation, MICHAEL LEE, an individual dba Global Realty, <br><br> Plaintiffs, <br><br> v. <br><br> BTC 97 SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest, <br><br> Defendants. | CIVIL CASE NO. 03-00043 <br><br> **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    The Defendant BTC 97 SP, LLC opposes the Plaintiff's Motion for Summary Judgment filed February 13, 2004. The basis for the Defendant's opposition is adequately set forth in it's Reply to Plaintiff's Opposition filed February 20, 2004. The Defendant

does not believe that additional opposition is necessary.

Defendant requests that the Plaintiff's motion for summary judgment be denied. The Defendant requests that its motion for summary judgment dismissing the Plaintiff's complaint, filed January 30, 2004, be granted and for the Plaintiff's December 12, 2003 Notice of Lis Pendens (L.M. Doc. No. 685289) be declared void.

DATED this 4th day of April, 2004.

McCULLY & BEGGS, P.C.
Attorneys for the Defendant
BTC 97 SP, LLC

By: _____
DUNCAN G. McCULLY