# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
APR 26 2004
MARY L. M. MORAN
CLERK OF COURT

CASE NO. CV-03-00043         DATE: 04/23/2004         TIME: 10:17 a.m.

CAPTION: **GUAM TUMON COMPANY, LLC, et al** vs- **BTC97SP, LLC, et al**

42

***

HON. JOHN S. UNPINGCO, Chief Judge, Presiding
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:17:42 - 10:19:00

Law Clerk: Judith Hattori

CSO: N. Edrosa

***APPEARANCES***

COUNSEL FOR PLAINTIFF(s):

COUNSEL FOR DEFENDANT(s):
DUNCAN MCCULLY

***

## PROCEEDINGS:

### PLAINTIFF AND DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

(X) MOTION(s)  ___Granted  ___Denied  ___Settled  _X_Withdrawn  ___Under Advisement

( ) ORDER SUBMITTED  ___Approved  ___Disapproved

( ) ORDER to be Prepared By:_____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Mr. McCully informed the Court that the parties have reached a settlement. He also stated that parties executed a stipulated dismissal that has been logged with Pacific American Title and is scheduled for escrow at 11:00 today to close.

Mr. McCully moved to withdraw the Motion and informed the Court that he will be submitting the stipulated dismissal.

COURTROOM DEPUTY: _____
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-03-00043.wpd

END TIME: 10:19 a.m.