DUNCAN G. McCULLY, ESQ.
McCULLY & BEGGS, P.C.
Suite 200, 139 Murray Blvd.
Hagatna, Guam 96910
Tel: 671-477-7418
Fax: 671-472-1201
e-mail: mblaw@kuentos.guam.net

Attorneys for Defendant
BTC 97 SP, LLC



FILED
DISTRICT COURT OF GUAM
APR 26 2004
MARY L. M. MORAN
CLERK OF COURT

(43)

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean corporation, MICHAEL LEE, an individual dba Global Realty, <br><br> Plaintiffs, <br><br> v. <br><br> BTC 97 SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest, <br><br> Defendants. | CIVIL CASE NO. 03-00043 <br><br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE; JUDGMENT** |

COMES NOW the Plaintiffs, Guam Tumon Company, LLC, a Guam limited

liability company, Jae Seung Park, Central Mills Supply, Ltd., a Korean corporation

Michael Lee dba Global Realty and the Defendant, BTC 97 SP, LLC, a Delaware

limited liability company, through their attorneys-of-record and stipulate that this civil action shall be dismissed with prejudice.

**McCULLY & BEGGS, P.C.**
Attorneys for the Defendant

By: _____
~~DUNCAN G. McCULLY~~
MARK S. BEGGS

Dated: 4-15-04

**LAW OFFFICE OF ROBERT P. KUTZ**
Attorneys for Plaintiffs

By: _____
ROBERT P. KUTZ

Dated: 4-15-04

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the above-entitled matter and all of the claims set forth in the Complaint and the Counterclaim are dismissed with prejudice and that judgment shall enter accordingly.

DATED this 26th day of April, 2004.

_____
JUDGE, DISTRICT COURT OF GUAM

**RECEIVED**
APR 23 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM