FILED
DISTRICT COURT OF GUAM
MAY 05 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

GUAM TUMON COMPANY, LLC, et. al.,

    Plaintiffs,

vs.

BTC97SP, LLC, et. al.,

    Defendants.

Civil Case No. 03-00043

ORDER

Based on the parties' filed stipulation the Court entered an Order of Dismissal with Prejudice regarding defendant BTC97SP, LLC. However, there was no mention concerning the defendants, DOES 1-10. Accordingly, the plaintiff is ordered to show cause why this case against the defendants, DOES 1-10 should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The plaintiff's written response to this Order to Show Cause or a voluntary dismissal shall be filed no later than May 21, 2004.

SO ORDERED this 5th day of May, 2004.

FRANCES M. TYDINGCO-GATEWOOD
Designated District Judge