ROBERT P. KUTZ, ESQ.
LAW OFFICE OF ROBERT P. KUTZ
PO Box 7310, Agat, GU 96915
Tel.: (671) 789-2500
Fax: (671) 789-2503
Email: rpklaw@guam.net

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability company, JAE SEUNG PARK, an individual, CENTRAL MILLS SUPPLY, LTD., a Korean Corporation, MICHAEL LEE, an individual dba Global Realty,<br><br>Plaintiffs and Counter-defendants,<br><br>vs.<br><br>BTC97SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest,<br><br>Defendants and Counter-claimants. | CIVIL CASE NO. 03-00043<br><br>**PLAINTIFFS' REPLY TO ORDER TO SHOW CAUSE.** |

COMES NOW the undersigned, Robert P. Kutz, Law Office of Robert P. Kutz, counsel for Plaintiffs herein, and does hereby concur that all claims against DOES 1-10 should be dismissed with prejudice.

Date: May 13, 2004

LAW OFFICE OF ROBERT P. KUTZ

BY: _____
ROBERT P. KUTZ

ORIGINAL

*FILED DISTRICT COURT OF GUAM MAY 13 2004 MARY L. M. MORAN CLERK OF COURT*