ROBERT P. KUTZ, ESQ.
LAW OFFICE OF ROBERT P. KUTZ
PO Box 7310, Agat, GU 96915
Tel.: (671) 789-2500
Fax: (671) 789-2503
Email: rpklaw@guam.net

FILED
DISTRICT COURT OF GUAM
MAY 13 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

GUAM TUMON COMPANY, LLC, )
a Guam limited liability company, )
JAE SEUNG PARK, an individual, )
CENTRAL MILLS SUPPLY, LTD., )
a Korean Corporation, MICHAEL LEE, )
an individual dba Global Realty, )
)
    Plaintiffs and Counter-defendants, )
)
vs. )
)
BTC97SP, LLC, a Delaware limited liability )
company, DOES 1-10, real parties in interest, )
)
    Defendants and Counter-claimants. )

CIVIL CASE NO. 03-00043

**CERTIFICATE OF SERVICE**

I, **ROBERT P. KUTZ,** hereby certify that on or about May 13, 2004, I caused to be served via facsimile the following:

**PLAINTIFFS' REPLY TO ORDER TO SHOW CAUSE**

to:

    Atty. Duncan McCully, McCully & Beggs

Date: May 13, 2004

LAW OFFICE OF ROBERT P. KUTZ

BY: _____
ROBERT P. KUTZ

ORIGINAL