FILED
DISTRICT COURT OF GUAM
MAY 13 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GUAM TUMON COMPANY, LLC, a Guam limited liability compnay, JAE SEUNG PARK, an individual, CENTRAL MILES SUPPLY, LTD, a Korean corporation, MICHAEL LEE, an individual dba Global Realty,<br><br>Plaintiffs,<br><br>vs.<br><br>BTC 97 SP, LLC, a Delaware limited liability company, DOES 1-10, real parties in interest,<br><br>Defendants. | CIVIL CASE NO. 03-00043<br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the following:

1. Stipulation and Order of Dismissal with Prejudice; Judgment filed on April 26, 2004.

2. Plaintiffs' Reply to Order to Show Cause filed May 13, 2004.

Dated this 13th day of May, 2004, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on 05/13/04. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 05/13/04
Deputy Clerk    Date